ney General, for respondent.

No. 378, Misc. DALEY v. NEW JERSEY. Sup. Ct. N. J.

No. 458, Misc. TRACY v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Petitioner *pro se. James F. Sullivan* for respondent.

No. 507, Misc. McGREGOR v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Petitioner *pro se. Malvina H. Guggenheim* for respondent.

No. 547, Misc. SHERRICK v. ARIZONA. Sup. Ct. Ariz. Petitioner *pro se. Darrell F. Smith,* Attorney General of Arizona, and *Philip M. Haggerty,* Assistant Attorney General, for respondent.

No. 557, Misc. PISCITELLO v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Petitioner *pro se. Alan F. Leibowitz* for respondent.

No. 564, Misc. WILLIAMS v. UNITED STATES. C. A. 4th Cir. *Robert L. Montague III* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 584, Misc. BROWN v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Petitioner *pro se. Malvina H. Guggenheim* for respondent.

No. 590, Misc. ORDOG v. NEW JERSEY; and

No. 631, Misc. RUSH v. NEW JERSEY. Sup. Ct. N. J. Petitioners *pro se. Norman Heine* for respondent in both cases. Reported below: 45 N. J. 347, 212 A. 2d 370.

No. 675, Misc. WARD v. ILLINOIS. Sup. Ct. Ill.

No. 619, Misc. MORRIS v. WEST VIRGINIA. Sup. Ct. App. W. Va. *George A. Daugherty* and *Mose E. Boiar-*

*sky* for petitioner. *C. Donald Robertson,* Attorney General of West Virginia, *George H. Mitchell,* Assistant Attorney General, and *Charles M. Walker* for respondent.

No. 648, Misc. WHITESIDE *v.* UNITED STATES. C. A. 8th Cir. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 792, Misc. GOLSON ET AL. *v.* ILLINOIS. Sup. Ct. Ill. *James E. Knox, Jr.,* for petitioners. *William G. Clark,* Attorney General of Illinois, and *Richard A. Michael,* Assistant Attorney General, for respondent.

No. 937, Misc. WHITE *v.* MONTANA. Sup. Ct. Mont. Petitioner *pro se.* *Forrest H. Anderson,* Attorney General of Montana, and *Charles M. Joslyn,* Assistant Attorney General, for respondent.

No. 961, Misc. MONTGOMERY *v.* FLORIDA. Sup. Ct. Fla. *Tobias Simon* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.

No. 1027, Misc. CONE *v.* UNITED STATES. C. A. 2d Cir. *Robert Kasanof* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 1101, Misc. SMITH *v.* OHIO. Sup. Ct. Ohio. *Dan D. Weiner* for petitioner. *Lee C. Falke* for respondent.

No. 1138, Misc. GILLESPIE *v.* VIRGINIA. Sup. Ct. App. Va. *H. H. Tiffany* and *W. Charles Poland* for petitioner.

No. 1067, Misc. CONNOLLY *v.* ILLINOIS. Sup. Ct. Ill. Petitioner *pro se.* *William G. Clark,* Attorney General of Illinois, and *Richard A. Michael,* Assistant